**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02559-RBJ-BNB

BROOKE CLARK,

       Plaintiff,

v.

HOVG, LLC, a Nevada limited liability company,
d/b/a BAY AREA CREDIT SERVICE, LLC,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with

Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the

premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice,

with each party to pay her or its own attorney's fees and costs.

DATED this 6th day of January, 2014.

BY THE COURT:

R. Brooke Jackson
United States District Judge